IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **CURTIS WEDO POOLE** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No.** |
| | : | **7:05-CV-21-HL** |
| **WARDEN BARROW, et al.,** | : | |
| **Defendant.** | : | |

# ORDER

Before the Court is a report and recommendation (Doc. 60) from United States Magistrate Judge Richard L. Hodge that recommends denying Plaintiff's motion for default judgment (doc. 27). Plaintiff did not file an objection to this recommendation. Having read and thoroughly considered Judge Hodge's report and recommendation, this Court accepts it, and therefore, Plaintiff's motion for default judgment is denied.

**SO ORDERED**, this the 9th day of January, 2008.

                                              **/s/ Hugh Lawson**
                                              **HUGH LAWSON, Judge**

dhc